**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**   www.flsb.uscourts.gov
**XX  PLAN (**Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Robert & Kevra Finkelstein                              CASE NO. 14-19371

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $1100.01 for months 1 to 6
    B.    $1725.57 for months 7 to 60;  in order to pay the following creditors:

Administrative - Attorneys Fees  $3650.00
        3650.00 + 150.00, total paid: $1650.00
        Balance Due: $2,000.00 payable: $333.34 /mo (Mos 1 to 6)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: :   [as defined in 11 U.S.C. §507]
IRS: $40,000.00, payable: $666.67/mo (Mos 1 to60)

Unsecured Creditors: Pay: $902.03 /mo. (Mos. 7 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other provisions: Debtor to pay Bank of America #3258, Island Lakes Section One HOA #5101 & Loggers Run #1750, Power Financial #2994 directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


_____
for Robert Finkelstein, debtor



_____
for Kevra Finkelstein, debtor